IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARTHUR ROY MORRISON (TDCJ No. 1492042), | § § § § § § § § § § § | |
| Petitioner, | | |
| V. | | No. 3:15-cv-3221-N |
| KAITLIN COSTILLO, FBI, | | |
| Respondent. | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Petitioner. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Morrison's remaining pending motions [9, 10, 14 and 15] are denied as moot in view of this order.

SO ORDERED this 17th day of December, 2015.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE